**BELL v. DISNER, Case No. 3:14-cv-91**

**FINAL JUDGMENT**

In accordance with the Court's Order Granting Entry of Final Judgment Against Certain Net Winner Class Members, Final Judgment is hereby entered against Defendant **KISHMA REEFE** in the amount of **$74,062.74** which is comprised of $55,149.26 in net winnings from the ZeekRewards scheme and $18,913.48 in prejudgment interest. Post-judgment interest shall accrue on the total amount of this Judgment, including prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

**EXHIBIT A**