According to the records of Rex Venture Group, LLC, and other related information, the "net winnings" of Kishma Reefe are $55,149.26 determined as follows:

| | | a | | | b | | | | c = (b - a) |
|---|---|---|---|---|---|---|---|---|---|
| | | Cash Paid In | | | Commission Payments | | | | |
| Date | Username | Bid Purchases | Subscription Payments | Total | RPP "Profit Share" | Non-Subscription Matrix Payment | Subscription Matrix Payments | Total | Net Winnings |
| 6/28/2010 | WQ | $ - | $ 149.00 | $ 149.00 | $ - | $ - | $ - | $ - | $ (149.00) |
| 11/5/2010 | KVR | $ 16.00 | $ - | $ 16.00 | $ - | $ - | $ - | $ - | $ (16.00) |
| 11/12/2010 | VONETTA | $ 16.00 | $ - | $ 16.00 | $ - | $ - | $ - | $ - | $ (16.00) |
| 11/12/2010 | LOVELY | $ 16.00 | $ - | $ 16.00 | $ - | $ - | $ - | $ - | $ (16.00) |
| 1/22/2011 | WQ | $ - | $ 99.00 | $ 99.00 | $ - | $ - | $ - | $ - | $ (99.00) |
| 2/16/2011 | WQ | $ 10.00 | $ - | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 4/5/2011 | VONETTA | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 4/22/2011 | WQ2 | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 5/9/2011 | LOVELY | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 5/9/2011 | CALVERT | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 5/19/2011 | KVR | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 5/21/2011 | MATRIARCH | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 6/11/2011 | VONETTA | $ - | $ 4.87 | $ 4.87 | $ - | $ - | $ - | $ - | $ (4.87) |
| 6/25/2011 | WQ2 | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 6/25/2011 | KVR | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 7/9/2011 | VONETTA | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 7/23/2011 | KVR | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 8/6/2011 | VONETTA | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 9/12/2011 | WQ | $ - | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ 300.00 |
| 9/19/2011 | WQ | $ - | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ 300.00 |
| 9/26/2011 | WQ | $ - | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ 300.00 |
| 10/3/2011 | WQ | $ - | $ - | $ - | $ 500.00 | $ - | $ - | $ 500.00 | $ 500.00 |
| 10/10/2011 | WQ | $ - | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ 300.00 |
| 10/17/2011 | VONETTA | $ - | $ - | $ - | $ 500.00 | $ - | $ - | $ 500.00 | $ 500.00 |
| 10/24/2011 | WQ2 | $ - | $ - | $ - | $ 250.00 | $ - | $ - | $ 250.00 | $ 250.00 |
| 10/31/2011 | WQ | $ - | $ - | $ - | $ 350.00 | $ - | $ - | $ 350.00 | $ 350.00 |
| 11/14/2011 | WQ | $ - | $ - | $ - | $ 500.00 | $ - | $ - | $ 500.00 | $ 500.00 |
| 11/28/2011 | KVR | $ - | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ 300.00 |
| 11/28/2011 | WQ | $ - | $ - | $ - | $ 500.00 | $ - | $ - | $ 500.00 | $ 500.00 |
| 11/28/2011 | WSDBUTCH11 | $ - | $ - | $ - | $ 820.00 | $ - | $ - | $ 820.00 | $ 820.00 |
| 12/12/2011 | WQ | $ - | $ - | $ - | $ 1,700.00 | $ - | $ - | $ 1,700.00 | $ 1,700.00 |
| 12/17/2011 | WQ | $ 1,200.00 | $ - | $ 1,200.00 | $ - | $ - | $ - | $ - | $ (1,200.00) |
| 12/26/2011 | VONETTA | $ - | $ - | $ - | $ 411.90 | $ - | $ - | $ 411.90 | $ 411.90 |
| 12/26/2011 | WQ2 | $ - | $ - | $ - | $ 391.15 | $ - | $ - | $ 391.15 | $ 391.15 |
| 1/23/2012 | WQ2 | $ - | $ - | $ - | $ 200.00 | $ - | $ - | $ 200.00 | $ 200.00 |
| 1/23/2012 | KVR | $ - | $ - | $ - | $ 320.00 | $ - | $ - | $ 320.00 | $ 320.00 |
| 1/30/2012 | MATRIARCH | $ - | $ - | $ - | $ 565.55 | $ - | $ - | $ 565.55 | $ 565.55 |
| 2/13/2012 | LOVELY | $ - | $ - | $ - | $ 600.00 | $ - | $ - | $ 600.00 | $ 600.00 |
| 2/27/2012 | CALVERT | $ - | $ - | $ - | $ 650.00 | $ - | $ - | $ 650.00 | $ 650.00 |
| 3/5/2012 | KVR | $ - | $ - | $ - | $ 260.00 | $ - | $ - | $ 260.00 | $ 260.00 |
| 3/5/2012 | VONETTA | $ - | $ - | $ - | $ 300.00 | $ - | $ - | $ 300.00 | $ 300.00 |
| 3/5/2012 | WQ2 | $ - | $ - | $ - | $ 290.00 | $ - | $ - | $ 290.00 | $ 290.00 |
| 3/19/2012 | WQ | $ - | $ - | $ - | $ 1,639.93 | $ - | $ - | $ 1,639.93 | $ 1,639.93 |
| 3/26/2012 | KVR | $ - | $ - | $ - | $ 379.38 | $ - | $ - | $ 379.38 | $ 379.38 |
| 3/26/2012 | VONETTA | $ - | $ - | $ - | $ 366.29 | $ - | $ - | $ 366.29 | $ 366.29 |
| 3/26/2012 | WQ | $ - | $ - | $ - | $ 2,072.05 | $ - | $ - | $ 2,072.05 | $ 2,072.05 |
| 4/2/2012 | LOVELY | $ - | $ - | $ - | $ 836.75 | $ - | $ - | $ 836.75 | $ 836.75 |
| 4/2/2012 | WQ | $ - | $ - | $ - | $ 2,494.23 | $ - | $ - | $ 2,494.23 | $ 2,494.23 |
| 4/9/2012 | WQ | $ - | $ - | $ - | $ 2,042.53 | $ - | $ - | $ 2,042.53 | $ 2,042.53 |
| 4/16/2012 | CALVERT | $ - | $ - | $ - | $ 1,181.68 | $ - | $ - | $ 1,181.68 | $ 1,181.68 |
| 4/16/2012 | WQ | $ - | $ - | $ - | $ 3,151.38 | $ - | $ - | $ 3,151.38 | $ 3,151.38 |
| 4/23/2012 | KVR | $ - | $ - | $ - | $ 399.64 | $ - | $ - | $ 399.64 | $ 399.64 |
| 4/23/2012 | WQ | $ - | $ - | $ - | $ 2,586.11 | $ - | $ - | $ 2,586.11 | $ 2,586.11 |
| 4/23/2012 | VONETTA | $ - | $ - | $ - | $ 424.11 | $ - | $ - | $ 424.11 | $ 424.11 |
| 4/30/2012 | WQ | $ - | $ - | $ - | $ 2,690.70 | $ - | $ - | $ 2,690.70 | $ 2,690.70 |
| 5/7/2012 | WQ | $ - | $ - | $ - | $ 3,194.63 | $ - | $ - | $ 3,194.63 | $ 3,194.63 |
| 5/7/2012 | VONETTA | $ - | $ - | $ - | $ 339.85 | $ - | $ - | $ 339.85 | $ 339.85 |
| 5/7/2012 | WQ2 | $ - | $ - | $ - | $ 1,122.46 | $ - | $ - | $ 1,122.46 | $ 1,122.46 |
| 5/7/2012 | MATRIARCH | $ - | $ - | $ - | $ 638.70 | $ - | $ - | $ 638.70 | $ 638.70 |
| 5/14/2012 | WQ | $ - | $ - | $ - | $ 4,287.13 | $ - | $ 352.60 | $ 4,639.73 | $ 4,639.73 |
| 5/21/2012 | KVR | $ - | $ - | $ - | $ - | $ 415.05 | $ - | $ 415.05 | $ 415.05 |
| 5/21/2012 | WQ2 | $ - | $ - | $ - | $ - | $ 377.36 | $ - | $ 377.36 | $ 377.36 |

**EXHIBIT B**

| Date | Username | Cash Paid In (a) | | | Commission Payments (b) | | | | Net Winnings (c = b - a) |
|---|---|---|---|---|---|---|---|---|---|
| | | Bid Purchases | Subscription Payments | Total | RPP "Profit Share" | Non-Subscription Matrix Payment | Subscription Matrix Payments | Total | |
| 5/21/2012 | VONETTA | $ - | $ - | $ - | $ - | $ 250.08 | $ - | $ 250.08 | $ 250.08 |
| 5/28/2012 | WQ | $ - | $ - | $ - | $ 2,007.48 | $ - | $ - | $ 2,007.48 | $ 2,007.48 |
| 6/4/2012 | WQ | $ - | $ - | $ - | $ 1,870.49 | $ - | $ - | $ 1,870.49 | $ 1,870.49 |
| 6/4/2012 | VONETTA | $ - | $ - | $ - | $ 186.25 | $ - | $ - | $ 186.25 | $ 186.25 |
| 6/18/2012 | VONETTA | $ - | $ 20.00 | $ 20.00 | $ - | $ - | $ - | $ - | $ (20.00) |
| 6/18/2012 | WQ2 | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 6/18/2012 | KVR | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 6/18/2012 | WQ | $ - | $ - | $ - | $ 1,058.36 | $ 1,960.90 | $ - | $ 3,019.26 | $ 3,019.26 |
| 6/19/2012 | CALVERT | $ - | $ 20.00 | $ 20.00 | $ - | $ - | $ - | $ - | $ (20.00) |
| 6/19/2012 | MATRIARCH | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 6/19/2012 | LOVELY | $ - | $ 20.00 | $ 20.00 | $ - | $ - | $ - | $ - | $ (20.00) |
| 6/25/2012 | WQ | $ - | $ - | $ - | $ 1,168.63 | $ - | $ - | $ 1,168.63 | $ 1,168.63 |
| 6/25/2012 | MATRIARCH | $ - | $ - | $ - | $ 634.97 | $ - | $ - | $ 634.97 | $ 634.97 |
| 7/8/2012 | WQ2 | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 7/8/2012 | VONETTA | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 7/9/2012 | KVR | $ - | $ - | $ - | $ 162.73 | $ - | $ - | $ 162.73 | $ 162.73 |
| 7/9/2012 | LOVELY | $ - | $ - | $ - | $ 549.44 | $ - | $ - | $ 549.44 | $ 549.44 |
| 7/9/2012 | WQ | $ - | $ - | $ - | $ 3,766.19 | $ 201.80 | $ - | $ 3,967.99 | $ 3,967.99 |
| 7/9/2012 | WQ2 | $ - | $ - | $ - | $ 181.05 | $ - | $ - | $ 181.05 | $ 181.05 |
| 7/11/2012 | LOVELY | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 7/15/2012 | WQ | $ 3,000.00 | $ - | $ 3,000.00 | $ - | $ - | $ - | $ - | $ (3,000.00) |
| 7/19/2012 | MATRIARCH | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 7/21/2012 | KVR | $ - | $ 20.00 | $ 20.00 | $ - | $ - | $ - | $ - | $ (20.00) |
| 7/23/2012 | KVR | $ - | $ - | $ - | $ 69.68 | $ - | $ - | $ 69.68 | $ 69.68 |
| 7/23/2012 | WQ2 | $ - | $ - | $ - | $ 132.12 | $ - | $ - | $ 132.12 | $ 132.12 |
| 7/23/2012 | WQ | $ - | $ - | $ - | $ 3,632.48 | $ 52.70 | $ - | $ 3,685.18 | $ 3,685.18 |
| 7/30/2012 | WQ | $ - | $ - | $ - | $ - | $ 56.60 | $ - | $ 56.60 | $ 56.60 |
| 8/4/2012 | MATRIARCH | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 8/7/2012 | VONETTA | $ - | $ 10.00 | $ 10.00 | $ - | $ - | $ - | $ - | $ (10.00) |
| 8/13/2012 | VONETTA | $ - | $ - | $ - | $ 129.63 | $ - | $ - | $ 129.63 | $ 129.63 |
| 8/13/2012 | WQ2 | $ - | $ - | $ - | $ 267.39 | $ - | $ - | $ 267.39 | $ 267.39 |
| **Total** | | $ 4,258.00 | $ 532.87 | $ 4,790.87 | $ 56,273.04 | $ 3,314.49 | $ 352.60 | $ 59,940.13 | $ 55,149.26 |

**EXHIBIT B**