## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>                **Plaintiff,**<br><br>vs.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>                **Defendants.** | No. 3:14-cv-91 |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Entry of Final Judgment Against Certain Net Winner Class Members, Final Judgment is hereby entered against each of the class members listed on the following single page attachments in the amounts listed therein, which are comprised of net winnings from the ZeekRewards scheme and prejudgment interest, calculated at the North Carolina statutory rate of 8% per annum from August 17, 2012, which is on or after the date of the last fraudulent transfer payment on which liability is based, to November 29, 2016, the date of the Summary Judgment Order in this action. See N.C. Gen. Stat. § 24-4, 5 (2001); Doc. #142. An

index of the individual class members and the amount of the Judgments against them is also attached.

Post-judgment interest shall accrue on the entire Final Judgment, including the award of prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

The Court confirms each amount listed in the attachments is the Final Judgment of the Court against each respective Defendant and hereby authorizes the Receiver to pursue appropriate collection proceedings.

SO ORDERED.

Signed: August 14, 2017

Graham C. Mullen
United States District Judge

**EXHIBIT D**

BELL v. DISNER, Case No. 3:14-cv-91
INDEX OF FINAL JUDGMENTS

| No. | Name | City | State | ZeekRewards Username | Net Winnings | Pre-Judgment Interest | Total Amount of Final Judgment |
|---|---|---|---|---|---|---|---|
| 3351 | KIM LE | FOUNTAIN VALLEY | CA | KIMCHILE12 | $10,667.96 | $3,658.59 | $14,326.55 |
| 3352 | KIM NGUYEN | FORT WAYNE | IN | KIMLOAN | $9,360.15 | $3,210.07 | $12,570.22 |
| 3353 | KIM PHA CHUONG | PORT SAINT LUCIE | FL | HIGHINDEMAND | $25,755.93 | $8,833.02 | $34,588.95 |
| 3354 | KIM PHILPOTT | MESA | AZ | JLUNM | $44,215.23 | $15,163.65 | $59,378.88 |
| 3355 | KIM RECCA | LELAND | NC | AMCERRA2000 | $1,229.17 | $421.54 | $1,650.71 |
| 3356 | KIM RICHARDS | WEST JORDAN | UT | PENNYTYCOONS | $8,029.21 | $2,753.62 | $10,782.83 |
| 3357 | KIMBER MANNLEIN | KUNA | ID | KMANNLEIN | $29,781.44 | $10,213.57 | $39,995.01 |
| 3358 | KIMBERLEE ROBINSON | LADERARANCH | CA | 1PELBATH | $32,712.65 | $11,218.83 | $43,931.48 |
| 3359 | KIMBERLY CRAGER | PITTSBURG | KS | DKCRAGER | $277,383.68 | $95,128.96 | $372,512.64 |
| 3360 | KIMBERLY DAVIS | JOPLIN | MO | KIM0427 | $5,932.53 | $2,034.57 | $7,967.10 |
| 3361 | KIMBERLY K JACOB | KENNESAW | GA | LILOUTLAW | $2,162.88 | $741.76 | $2,904.64 |
| 3362 | KIMBERLY MCLAUGHLIN | LEES SUMMIT | MO | 1AKIM | $55,012.58 | $18,866.61 | $73,879.19 |
| 3363 | KIMBERLY MONN | PINE | CO | KIMMONN | $25,407.61 | $8,713.56 | $34,121.17 |
| 3364 | KIMBERLY MOORE | SUNNYVALE | TX | MOOREGLOBAL | $15,300.57 | $5,247.34 | $20,547.91 |
| 3365 | KIMBERLY OROSCO | RICHLAND | WA | REDHEADROCKSTAR | $1,035.56 | $355.15 | $1,390.71 |
| 3366 | KIMBERLY PETERSON | CARTERVILLE | IL | KIMBERLYPOSSIBLE | $14,663.85 | $5,028.98 | $19,692.83 |
| 3367 | KIMBERLY PETERSON | CARTERVILLE | IL | WINTODAY | $8,005.39 | $2,745.46 | $10,750.85 |
| 3368 | KIMBERLY STEWART | TEMPLE HILLS | MD | LOVINGFAITH | $1,852.12 | $635.19 | $2,487.31 |
| 3369 | KIMBERLY YOUNG | LEXINGTON | NC | TYOUNG | $10,234.08 | $3,509.79 | $13,743.87 |
| 3370 | KIMDUNG T. TRAN | GARDEN GROVE | CA | EXPRESSWAY | $2,774.98 | $951.68 | $3,726.66 |
| 3371 | KIM-LOAN T NGUYEN | RENTON | WA | CINDYCKD | $1,343.38 | $460.71 | $1,804.09 |
| 3372 | KIMMING CHENG | FLUSHING | NY | JING998 | $26,714.94 | $9,161.91 | $35,876.85 |
| 3373 | KIMOANH NGUYEN | SAN JOSE | CA | HAPPYLIFE2012 | $9,807.22 | $3,363.39 | $13,170.61 |
| 3374 | KIN CHUNG NG | ARECIBO | PR | KINGCHINA | $22,001.00 | $7,545.26 | $29,546.26 |
| 3375 | KINGSLEY A. ORAELOSI | WESTBURY | NY | GLOBALKINGS | $2,077.85 | $712.60 | $2,790.45 |
| 3376 | KIRK CARPENTER | AUSTIN | TX | DARKSLIDE78734 | $52,286.52 | $17,931.70 | $70,218.22 |
| 3377 | KIRK CHAFFIN | COEUR D ALENE | ID | 1CHAFFIN | $21,050.40 | $7,219.25 | $28,269.65 |
| 3378 | KIRK DURANT | MIAMI | FL | KIRK | $2,136.35 | $732.66 | $2,869.01 |
| 3379 | KIRK WILSON | ALPHARETTA, GA | GA | TEAMPUSH | $10,737.90 | $3,682.57 | $14,420.47 |
| 3380 | KISHMA FRETT | CRUZ BAY ST.JOHNS | VI | KISHMA7411 | $3,165.42 | $1,085.58 | $4,251.00 |
| 3381 | KISHMA REEFE | ST. JOHN | VI | WQ | $55,149.26 | $18,913.48 | $74,062.74 |
| 3382 | KIT CHUNG | ROSEMEAD | CA | KITCHUNG | $1,830.81 | $627.88 | $2,458.69 |
| 3383 | KIT LEUNG | ASTORIA | NY | FREEREWARD | $100,291.84 | $34,395.17 | $134,687.01 |
| 3384 | KLAUS URBANEK | EL PASO | TX | GOFORDIAMOND | $6,118.60 | $2,098.38 | $8,216.98 |
| 3385 | KLRK WALCHLI | BOISE | ID | KWALCHLI | $1,124.74 | $385.73 | $1,510.47 |
| 3386 | KODY RHODES | SCOTTSDALE | AZ | KORHODES | $20,010.77 | $6,862.71 | $26,873.48 |
| 3387 | KOK FAH WONG | SAN GABRIEL | CA | KFW0680 | $1,466.00 | $502.77 | $1,968.77 |
| 3388 | KOK MING YAP | ELMHURST | NY | MICHAEL8398 | $1,160.90 | $398.13 | $1,559.03 |
| 3389 | KOKEO MEKDARA | WESTMINSTER | CA | LING1312 | $24,294.31 | $8,331.75 | $32,626.06 |
| 3390 | KOLANI N MAGO | TORRANCE | CA | KOLANIMAGO | $2,264.50 | $776.61 | $3,041.11 |
| 3391 | KONG CHI LUI | BROOKLYN | NY | KCL | $6,431.41 | $2,205.66 | $8,637.07 |
| 3392 | KONG LING HOU | AZUSA | CA | APPLE1917 | $36,640.29 | $12,565.82 | $49,206.11 |
| 3393 | KORY JENO | BLACK MTN | NC | KENPO | $3,060.34 | $1,049.55 | $4,109.89 |
| 3394 | KREG SHEPPARD | WAKE FOREST | NC | KREGSHEPPARD | $33,625.76 | $11,531.98 | $45,157.74 |
| 3395 | KRISTA K. ROSE | CARLSBAD | CA | CHAELISTA | $8,781.56 | $3,011.64 | $11,793.20 |
| 3396 | KRISTI VARNER | WILDOMAR | CA | JSFANS | $17,438.26 | $5,980.47 | $23,418.73 |
| 3397 | KRISTI YOUNGBLOOD | KUNA | ID | KRISTIYOUNGBLOOD | $462,073.55 | $158,468.50 | $620,542.05 |
| 3398 | KRISTIE METIVIER | HONOLULU | HI | TWIGGEE78 | $8,386.72 | $2,876.23 | $11,262.95 |
| 3399 | KRISTINA CAULDER | ATLANTA | GA | CAULDERKRISTINA | $1,726.28 | $592.03 | $2,318.31 |
| 3400 | KRISTINA LATURNO | BROKEN ARROW | OK | FIRE73 | $5,139.85 | $1,762.72 | $6,902.57 |
| 3401 | KRISTINA LE | WESTMINSTER | CA | AYBEEDEE | $3,367.32 | $1,154.83 | $4,522.15 |
| 3402 | KRISTINE ALLISON HILL | ST. CLAIR SHORES | MI | 1KRISTINE | $1,062.37 | $364.34 | $1,426.71 |
| 3403 | KRISTINE J. KEEFNER | TUCSON | AZ | KIKIMONSTER33 | $2,103.77 | $721.49 | $2,825.26 |
| 3404 | KRISZTIAN LENDVAI | LAS VEGAS | NV | 111KIKIMOSO | $68,274.41 | $23,414.76 | $91,689.17 |
| 3405 | KRYSTAL HARPER | OREM | UT | KRYSTALHARPER90 | $7,591.52 | $2,603.52 | $10,195.04 |
| 3406 | KRYSTAL OWENS | DETROIT | MI | PROSPERNOW1 | $3,032.74 | $1,040.08 | $4,072.82 |
| 3407 | KRYSTLE CRAWFORD | ST. THOMAS | VI | GIM55 | $20,035.69 | $6,871.26 | $26,906.95 |
| 3408 | KRZYSZTOF ZAWADZKI | PORT CHESTER | NY | KRZYS555 | $4,931.95 | $1,691.42 | $6,623.37 |
| 3409 | KUBMUASLAIJ KHANG | CHAMPLIN | MN | KUNITED | $2,712.90 | $930.39 | $3,643.29 |
| 3410 | KUEI WANG | ROSEMEAD | CA | XIN13312 | $1,114.83 | $382.33 | $1,497.16 |
| 3411 | KULDIP PARMAR | FRESH MEADOWS | NY | KULDIPV | $1,709.92 | $586.42 | $2,296.34 |
| 3412 | KULWINDER SINGH | FRESNO | CA | GURLEEN15 | $3,520.25 | $1,207.27 | $4,727.52 |
| 3413 | KUNCONG WU | COLORADO SPRINGS | CO | KUNCONG1688 | $2,327.71 | $798.29 | $3,126.00 |
| 3414 | KUNJIE WU | COLORADO SPRINGS | CO | KUNJIEWU1688 | $9,599.71 | $3,292.23 | $12,891.94 |
| 3415 | KURT GROSS | KNOXVILLE | TN | KURTGROSS | $2,362.60 | $810.26 | $3,172.86 |
| 3416 | KURT INAGAKI | LAKEWOOD | CO | MFT | $25,833.55 | $8,859.64 | $34,693.19 |
| 3417 | KURT YOUNG | CARROLLTON | TX | NEWINCOME | $11,716.59 | $4,018.21 | $15,734.80 |

**EXHIBIT D**