

ORDERED in the Southern District of Florida on November 9, 2021.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re:  KISMA WILLIAMS REEFE<br>        aka KISHMA VONETTA REEFE,<br><br>                                Debtor.<br>_____/<br>NATIONWIDE JUDGMENT RECOVERY, INC.,<br><br>                                Plaintiff,<br>        v.<br><br>KISMA WILLIAMS REEFE<br>aka KISHMA VONETTA REEFE<br>aka KISHMA REEFE<br>aka WQ,<br>                                Defendant.<br>_____/ | Chapter 7<br>Bankr. No. 21-13961-PDR<br><br><br><br>Judge Peter D. Russin<br><br>Adversary No. 21-01246-PDR |

ORDER GRANTING MOTION TO DISMISS IN PART AND WITHOUT PREJUDICE

This cause came on to be heard before the court on November 3, 2021 on the Defendant's Motion to Dismiss. The court reviewed the Complaint, the Motion to Dismiss, the Response to the Motion to Dismiss and the Plaintiff's Reply. The Court having heard argument of counsel, it is

ORDERED:

      1.      The Motion to Dismiss is Granted in part. The Complaint is dismissed, without prejudice.

      2.      The Plaintiff may file an Amended Complaint within fifteen (15) days from the date of this Order.

      3.      The Defendant may file a Response to an Amended Complaint filed by the Plaintiff within fifteen (15) days from the service date of an Amended Complaint.

// // //

Submitted by:

Martin L. Sandler, Esq.
Attorney for Plaintiff
3390 Mary Street, Suite 116
Miami, FL 33133
T: 305-379-6655
E: Martin@sandler-sandler.com

Attorney Sandler is directed to serve as copy of this order upon counsel for the defendant upon receipt of this order.